MONTGOMERY v. STATE. (No. 4543.)

(Court of Criminal Appeals of Texas. June 20, 1917.)

CRIMINAL LAW ⚖➙1081—APPEAL—NOTICE OF APPEAL—NECESSITY.

Without notice of appeal the Court of Criminal Appeals cannot entertain jurisdiction.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2722–2724, 2962.]

Appeal from Fisher County Court; M. A. Hopson, Judge.

Trav Montgomery was convicted of an offense, and he appeals. Appeal 'dismissed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of selling patent medicines without first having obtained a license therefor, and his punishment assessed at a fine of $150.

The record is before us with neither a statement of facts nor bill of exceptions. There is no motion for new trial in the record, and no notice of appeal was given, or, if it was, it is not shown in the transcript. There is a recognizance, however; but without notice of appeal this court could not entertain jurisdiction. But, inasmuch as the record contains neither a statement of facts nor bill of exceptions, it would make but little difference to final results whether the appeal be dismissed or the judgment affirm-

ed. But, as this court cannot entertain jurisdiction for want of notice of appeal, the appeal will therefore be dismissed. However, if there was a complete record, the judgment would be affirmed, had notice of appeal been given, because there is nothing in the transcript that would require investigation.

The appeal is dismissed.